### THE TILLIE BAKER.

(District Court, E. D. Pennsylvania. March 22, 1909.)

#### No. 6.

FALSE IMPRISONMENT (§ 7*)—MASTER OF VESSEL—LIABILITY.

The master of a vessel, who procured the arrest of a seaman without a warrant, for which no legal justification is shown, is liable in damages for false imprisonment.

[Ed. Note.—For other cases, see False Imprisonment, Cent. Dig. § 47; Dec. Dig. § 7.*]

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

In Admiralty. Libel for damages. On final hearing.
See, also, 168 Fed. 942.
Lionel Teller Schlesinger, for libelant.
Edward F. Pugh, for respondent.

J. B. McPHERSON, District Judge. The libelant's arrest, which was acquiesced in (and probably procured) by the respondent, was made without a warrant, and, as no legal justification has been shown for an arrest without process, the charge of false imprisonment must therefore be sustained. But this offense, I think, is only chargeable against the respondent during the period between September 5th and September 23d. He had nothing to do with what took place on and after the last-named date. The libelant is entitled to some damages; but his admitted misconduct and his insubordinate behavior were so exasperating, to say the least, that the amount to be awarded should be very moderate.

A decree may be entered in his favor for $25, with costs.